UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN ROGAN,

    Plaintiff,

v.

Case No. 19-cv-12975
Hon. Matthew F. Leitman

TIMOTHY TOMLINSON AND
CITY OF ROSEVILLE,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order issued on this date, **IT IS ORDERED AND ADJUDGED** that Plaintiff's Second Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

                    KINIKIA ESSIX
                    CLERK OF COURT

        By:    s/Holly A. Ryan
                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 14, 2022
Detroit, Michigan